# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

April 12, 2023

United States District Court
Delaware
Office of the Clerk
844 North King Street
Wilmington, DE 19801–3519

Re: AZURITY PHARMACEUTICALS, INC., et al v. BIONPHARMA, INC.
Cause Number: 1:23−mc−00022−JRS−KMB

To Whom it May Concern:

Pursuant to an Order dated April 4, 2023, the above file is being transferred to the United States District Court for the Delaware. The case file has been transferred electronically to your court via CM/ECF.

Sincerely,

Roger A. G. Sharpe

By:  s/Karen Angermeier
Karen Angermeier, Deputy Clerk

cc: Counsel of record