CLOSED

# U.S. District Court
## Southern District of Indiana (Indianapolis)
## CIVIL DOCKET FOR CASE #: 1:23−mc−00022−JRS−KMB

AZURITY PHARMACEUTICALS, INC., et al v. BIONPHARMA, INC.

Date Filed: 04/03/2023
Date Terminated: 04/12/2023

Assigned to: Judge James R. Sweeney II
Referred to: Magistrate Judge Kellie M. Barr
Case in other court:  USDC District of Delaware, 21−01286−MSG et al
Cause: Civil Miscellaneous Case

**Plaintiff**

**AZURITY PHARMACEUTICALS, INC.**

represented by **Andrew M. McNeil**
BOSE MCKINNEY & EVANS, LLP
(Indianapolis)
111 Monument Circle
Suite 2700
Indianapolis, IN 46204
(317) 684−5000
Fax: (317 )684−5173
Email: amcneil@boselaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BIONPHARMA, INC.**

represented by **BIONPHARMA, INC.**
.
PRO SE

V.

**Petitioner**

**STEPHEN R. BYRN**

represented by **Andrew M. McNeil**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2023 | 1 | Motion to Quash Subpoena, filed by Stephen R. Byrn. (Filing fee $49, receipt number AINSDC−7572330) (Attachments: # 1 Exhibit Subpoena, # 2 Exhibit Objection, # 3 Exhibit March 29, 2023 Email String, # 4 Exhibit Excerpts of Previous Expert Report, # 5 Text of Proposed Order)(McNeil, Andrew) Modified on 4/4/2023 (DRB). (Entered: 04/03/2023) |
| 04/04/2023 | 2 | NOTICE of Reassignment of Case to Judge James R. Sweeney II and Magistrate Judge Kellie M. Barr. Please include the new case number, **1:23−mc−00022−JRS−KMB**, on all future filings in this matter. (DRB) (Entered: 04/04/2023) |
| 04/04/2023 | 3 | NOTICE of Appearance by Andrew M. McNeil on behalf of Plaintiff AZURITY PHARMACEUTICALS, INC.. (McNeil, Andrew) (Entered: 04/04/2023) |

| 04/04/2023 | 4 | ORDER – Dr. Byrn's motion to quash, ECF No. 1 , is transferred to the District of Delaware, Cause No. 1:21–cv–01286–MSG for decision. Copy to Clerk of Court, District of Delaware U.S. District Court via US Mail. Signed by Judge James R. Sweeney II on 4/4/2023. (KAA) (Entered: 04/04/2023) |
| 04/12/2023 |  | CLOSED TRANSFER to District of Delaware. Signed by Judge James R. Sweeney II on 4/12/2023.(KAA) (Entered: 04/12/2023) |
| 04/12/2023 | 5 | Transfer Letter to Clerk of the Delaware. Case transferred electronically to Delaware, on April 12, 2023. (KAA) (Entered: 04/12/2023) |

**Case #: 1:23–mc–00022–JRS–KMB**